AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of <u>South Carolina</u>

| | |
|---|---|
| Jason Lamont Killingsworth <br> *Plaintiff* <br> v. <br> Chris Truluck; Darron Martin; Prosecuting Officer Merrill; <br> *Defendants* | ) ) ) ) ) Civil Action No. 0:10-cv-1823-TLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The plaintiff, Jason Lamont Killingsworth, shall take nothing of the defendants; Chris Truluck, Darron Martin and Prosecuting Officer Merrill; as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ Decision by the Honorable Terry L. Wooten, United States District Judge, presiding, accepting the Report and Recommendations set forth by the Honorable Paige J. Gossett, United States Magistrate Judge which dismissed the complaint without prejudice.

Date: November 8, 2010

*CLERK OF COURT*

s/J. Peterson

*Signature of Clerk or Deputy Clerk*